```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

        -v.-

JOSE ISMAEL TORRES,
    a/k/a "Jose Torrez,"
    a/k/a "Jose Ismael Medina-Torres,"  :
    a/k/a "Jose Medina,"
    a/k/a "Jose Torres,"                :

            Defendant.                  :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

INDICTMENT

08 CRIM 1237

JUDGE CASTEL

## COUNT ONE

The Grand Jury charges:

On or about November 26, 2008, in the Southern District of New York and elsewhere, JOSE ISMAEL TORRES, a/k/a "Jose Torrez," a/k/a "Jose Ismael Medina-Torres," a/k/a "Jose Medina," a/k/a "Jose Torres," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been removed from the United States, on or about September 28, 2001, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about December 18, 1996, in New York State Supreme Court, New York County, for Attempted Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law 110/220.39, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____            _____
FOREPERSON                           LEV L. DASSIN
                                     Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSE ISMAEL TORRES,
   a/k/a "Jose Torres,"
a/k/a "Jose Ismael Medina-Torres,"
   a/k/a "Jose Medina,"
   a/k/a "Jose Torrés,"

Defendant.

---

**INDICTMENT**

08 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)

LEV L. DASSIN
Acting United States Attorney.

A TRUE BILL

*David Smutyler* _____
                                      Foreperson.

---

Post-It
11/1/87

12/10/08 - Fld. Indictment, case assigned to Judge Castel.

Eaton, J. U.S.M.J.